**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Monicatti Auto Sales, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1786544** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**55800 New Haven Road**<br>**New Baltimore, MI 48051-3768**<br>Number, Street, City, State & ZIP Code<br><br>**Macomb**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://monicattiautosales.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. | | | | |
|---|---|---|---|---|---|---|

| | List all cases. If more than 1, attach a separate list | Debtor | **Double Vision Holdings, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|---|
| | | District | **Eastern District of Michigan** When **8/24/23** | Case number, if known | |

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
|---|---|---|---|

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 24, 2023**
MM / DD / YYYY

**X /s/ Michael Monicatti**  **Michael Monicatti**
Signature of authorized representative of debtor    Printed name

Title **Member**

**18. Signature of attorney**

**X /s/ Elliot G. Crowder**   Date **August 24, 2023**
Signature of attorney for debtor   MM / DD / YYYY

**Elliot G. Crowder P76137**
Printed name

**Stevenson & Bullock, P.L.C.**
Firm name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
Number, Street, City, State & ZIP Code

Contact phone **(248)354-7906 Ext. 2254**   Email address **ecrowder@sbplclaw.com**

**P76137 MI**
Bar number and State

# RESOLUTION OF MONICATTI AUTO SALES, LLC

**MONICATTI AUTO SALES, LLC**, a Michigan limited liability company (the "Company"), hereby certifies that the following is a true and correct copy of resolutions duly adopted at a meeting of the member of the Company on August 24, 2023 in accordance with the requirements of applicable Michigan law and the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED, that in the judgment of the member, it is desirable and in the best interest of the Company that the Company commence a Chapter 11 bankruptcy case by filing voluntary petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and

RESOLVED, that Michael Monicatti is hereby authorized and empowered on behalf of, and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at such time as such authorized officer executing the same shall determine ("Bankruptcy Case"); and

RESOLVED that Michael Monicatti is hereby authorized and empowered on behalf of, and in the name of the Company to retain and employ other employees, attorneys, investment professionals, accountants, restructuring professionals, brokers, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper and desirable; and

RESOLVED, that Michael Monicatti be and hereby is, authorized and empowered to act as the responsible person for the Company during the Bankruptcy Case (both in and out of Court) and to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 11 case, and to carry out and put into effect the purposes of the foregoing resolutions consistent with the United States

Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that Elliot G. Crowder and the law firm of Stevenson & Bullock, P.L.C. be and it hereby are, employed as attorneys for the Company for the Bankruptcy Case; and

RESOLVED, that any and all past actions heretofore taken by any directors and officers of the Company in the name of and on behalf of the Company in the furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of August, 2023.

APPROVED:

MONICATTI AUTO SALES, LLC

By: /s/ Michael Monicatti
     Michael Monicatti
Its: Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Monicatti Auto Sales, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 24, 2023**       X **/s/ Michael Monicatti**
                                        Signature of individual signing on behalf of debtor

**Michael Monicatti**
Printed name

**Member**
Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Monicatti Auto Sales, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael Monicatti<br>34379 Ivy Court<br>Chesterfield, MI 48047 | **Member** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 24, 2023**

Signature **/s/ Michael Monicatti**
**Michael Monicatti**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Monicatti Auto Sales, LLC**            Case No. 
                           Debtor(s)           Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 24, 2023**           **/s/ Michael Monicatti**
                                        **Michael Monicatti**/**Member**
                                        Signer/Title

```
1800 Diagonal
1800 Diagonal Road, Suite #623
Alexandria, VA 22314


1st Choice Financial Services
2505 Ardmore Street SE
Office 2
Grand Rapids, MI 49506


21st Century Media - Michigan
PO Box 8003
Willoughby, OH 44096


Advance Auto Parts
47187 Gratiot Avenue
Chesterfield, MI 48051


Alldata
9650 West Taron Drive, Suite 100
Elk Grove, CA 95757


Allegiance Warranties
Renascent Protection Solutions
5500 Frantz Road
Suite 100
Dublin, OH 43017


Ally
P.O. Box 380902
Bloomington, MN 55438-0902


Ally Financial
c/o Gregory M. Ryan
500 Woodward Avenue
Detroit, MI 48226


Alpine Advance 5, LLC
46 Washington Street, Suite #6
Middletown, CT 06457


American Express
P.O. Box 981535
El Paso, TX 79998
```

Ameritrust
Attn: Jennifer Postma
11880 College Blvd., Suite 500
Overland Park, KS 66210

Arsenal Funding
c/o PCP Management Corp.
15 West 36th Street, 11th Floor
New York, NY 10018

Autotrader
3003 Summit Blvd NE, Suite 200
Atlanta, GA 30319

Autozone
Attn: Edith Rodriguez
51301 Gratiot Avenue
Chesterfield, MI 48051

Axle Funding
Attn: Ed Tremblay
15301 N. Dallas Parkway, Suite 800
Addison, TX 75001

Bank of Prairie Du Sac
555 Park Ave.
Prairie Du Sac, WI 53578

Bankers Healthcare Group, LLC
10234 W State Road 84
Davie, FL 33324

Bizfund
2371 McDonald Ave., 2nd Floor
Brooklyn, NY 11223

Carlton Drumwright
278 Franklin Road
Suite 160
Brentwood, TN 37027

Cars.com
300 S. Riverside Plaza, Suite 1000
Chicago, IL 60606

Chesterfield Township
Treasurer's Office
47275 Sugarbush Road
Chesterfield, MI 48047


Commercial Capital Bidco, Inc.
133 Holiday Court, Suite 207
Franklin, TN 37067


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Corporation Service Company
801 Adlal Stevenson Drive
Springfield, IL 62703


CT Corporation System
Attn: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203


David Monicatti
52299 Walnut Drive
New Baltimore, MI 48047


Dick Huvaures
67567 S. Main Street
Richmond, MI 48062


Double Vision Holdings
55800 New Haven Road
New Baltimore, MI 48051-3768


Double Vision Holdings, LLC
55800 New Haven Road
New Baltimore, MI 48051-3768


First Corporate Solutions Inc.
914 S Street
Sacramento, CA 95811

Fusion
Attn: Russel Baker
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080


Global Merchant Cash Inc.
64 Beaver Street
New York, NY 10004


James Meek
37484 Sienna Oaks Dr.
New Baltimore, MI 48047


Jeffrey Carbary
53612 Lynnham Ln.
Shelby Township, MI 48316


Kinetic Advantage, LLC
10333 N. Meridian St.
Suite 400
Indianapolis, IN 46290


Klug Law Firm
Jeffrey D. Klug & Alexandra Tolzman
2222 West Grand River Avenue
Okemos, MI 48864


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Masada Funding, LLC
83 Wooster Heights Rd.
Suite 125
Danbury, CT 06810


Mastercard
Fifth Third Bank
47000 Gratiot Ave
Chesterfield, MI 48051


Mastercard
Fifth Third Bank
47000 Gratiot Avenue
Chesterfield, MI 48051

Michael Monicatti
34379 Ivy Court
Chesterfield, MI 48047


New Equipment Leasing, Inc.
2880 Thornhills Ave SE
Grand Rapids, MI 49546


New Equipment Leasing, Inc.
P.O. Box 97
Ada, MI 49301


New Equipment Leasing, Inc.
P.O. Box 97
Ada, MI 49301-0097


NextGear Capital, Inc.
1320 City Center Dr.
Suite 100
Carmel, IN 46032


NextGear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032


Paychex, Inc.
29065 Cabot Dr.
Suite 100
Novi, MI 48377


Premaco
PO Box 440369
Kennesaw, GA 30160


Qiang Xu
2727 Allen Parkway
Suite 1000
Houston, TX 77019


Revolutionary Print
51145 Washington St., Suite D
New Baltimore, MI 48047

Rowerdink
211 Fuller N.E.
Grand Rapids, MI 49503


Sean O'Connor
3159 Ogidaki Trail
Traverse City, MI 49686


Speedy Funding
163 Carrier St.
Liberty, NY 12754


Tru Warranties
532 S. Main Street
Joplin, MO 64801


U.S. Small Business Administration
2 North Street
Birmingham, AL 35203


XL Funding, LLC
10333 N. Meridian St.
Suite 200
Indianapolis, IN 46290